```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SABIR ABDULLAH                                    CIVIL ACTION

VERSUS                                            NUMBER: 11-2868

JAMES LEBLANC, ET AL.                             SECTION: "C"(5)
```

### REPORT AND RECOMMENDATION

Presently before the Court is plaintiff's motion to dismiss. (Rec. doc. 36). For the reasons that follow, it will be recommended that plaintiff's motion be granted and that this action be dismissed as prayed for.

The above-captioned matter is an action brought pursuant to 42 U.S.C. §1983 for an alleged lack of medical care at plaintiff's place of confinement, the Rayburn Correctional Center. (Rec. doc. 1). Earlier on in the case, plaintiff had moved to dismiss this matter without prejudice, which motion was granted by the District Judge on March 27, 2012. (Rec. docs. 19, 20). On plaintiff's subsequent motion, the case was reopened, certain originally-named defendants were dismissed, and others were added in their stead. (Rec. docs. 21, 22). Service was recently effected on the newly-added defendants. (Rec. docs. 30-35). Plaintiff has now moved to

voluntarily dismiss this action as moot. (Rec. doc. 36).

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. As far as the record reflects, defendants have not pursued either of those two courses of action to date. That being the case, and because plaintiff's motion evinces his desire that this action be dismissed, it will be so recommended.

### RECOMMENDATION

For the foregoing reasons, it is recommended that plaintiff's motion to dismiss be granted and that this action be dismissed.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(<u>en banc</u>).

New Orleans, Louisiana, this 12th day of July, 2012.

                                      ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE