UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SABIR ABDULLAH                                CIVIL ACTION

VERSUS                                        NUMBER: 11-02868

JAMES LEBLANC, ET AL.                         SECTION: "C"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 1st day of August, 2012.

UNITED STATES DISTRICT JUDGE